UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHEEM DAVIS,<br><br>                          Plaintiff,<br><br>-against-<br><br>PRESIDENT DONALD TRUMP; U.S. ATTORNEY GENERAL; GEORGE W. BUSH; JOE BIDEN; BARACK OBAMA; U.S. SUPREME COURT,<br><br>                        Defendants. | 25-cv-2101 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 9, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 10, 2025
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                               Chief United States District Judge