UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHEEM DAVIS,

                        Plaintiff,

            -against-                                          25-CV-2101 (LTS)

PRESIDENT DONALD TRUMP; U.S.                                   ORDER
ATTORNEY GENERAL; GEORGE W. BUSH;
JOE BIDEN; BARACK OBAMA; U.S.
SUPREME COURT,

                        Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff, who is incarcerated in the Medical Center for Federal Prisoners, in Springfield,

Missouri, filed this action *pro se* and *in forma pauperis* ("IFP"). On July 23, 2025, the Court

dismissed the complaint as barred under 28 U.S.C. § 1915(g) because Plaintiff previously filed

three actions proceeding IFP as a prisoner that were dismissed as frivolous, malicious, or for

failure to state a claim. On August 12, 2025, Plaintiff filed a motion for reconsideration arguing

that he satisfies Section 1915(g)'s requirement that, to bring a new action proceeding IFP, the

complaint must assert claims showing that he faces an imminent danger of serious physical

injury. On September 9, 2025, the Court denied Plaintiff's motion for reconsideration, and on

September 10, 2025, the Clerk of Court entered a civil judgment in this action.

        In addition to moving for reconsideration of this Court's order dismissing this action

under Section 1915(g), Plaintiff submitted a check in the amount of $350.00. Plaintiff also

recently requested the appointment of counsel.

                                    **CONCLUSION**

        The Court directs the Finance Department to return to Plaintiff the $350.00 check

because this action is closed. Should Plaintiff seek to litigate the claims asserted in this action, he

may file a new civil action and pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee. The Court directs the Clerk of Court to terminate Plaintiff's motion for the appointment of counsel (ECF 37). Should Plaintiff file a new civil action, he may file this motion in that new action.

SO ORDERED.

Dated:    March 3, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

2